# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00235-MR-DLH

| | |
|---|---|
| RONA PERCY and STEPHEN PERCY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant. | ) ) ） |

## J U D G M E N T

**FOR THE REASONS STATED** in the Memorandum of Decision and Order filed contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **GRANTED**, and this action is hereby **DISMISSED**.

Martin Reidinger
United States District Judge