# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:12-cv-00235-MR-DLH

RONA PERCY and STEPHEN PERCY, )
                                                    )
                     **Plaintiffs,**       )
                                                    )
        **vs.**                   )       **O R D E R**
                                                      )
**BANK OF AMERICA, N.A. and**      )
**MINDY JOHNSON,**                )
                                                      )
                   **Defendants.**     )
_____ )

     **THIS MATTER** is before the Court *sua sponte*.

     The Plaintiffs brought this action, asserting claims against Bank of America, N.A. ("Bank") and Bank of America loan officer Mindy Johnson ("Johnson"). [Doc. 1]. When Johnson failed to answer or otherwise appear in this action, the Clerk made an entry of default against her. [Doc. 25]. The Bank appeared and defended this action, and the Court now has entered summary judgment in favor of the Bank. [See Doc. 46]. For the reasons that support the entry of summary judgment as to the Bank, the Court finds that the Plaintiffs' claims against Johnson must be dismissed as well.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' action is hereby **DISMISSED** as to the Defendant Mindy Johnson.

An Amended Judgment consistent with this Order shall be entered contemporaneously herewith.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge