IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00235-MR-DLH

| | |
|---|---|
| RONA PERCY and STEPHEN PERCY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| BANK OF AMERICA, N.A. and MINDY JOHNSON, | ) ) ) |
| Defendants. | ) ) |

## AMENDED JUDGMENT

**FOR THE REASONS STATED** in the Orders filed contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant Bank of America, N.A.'s Motion for Summary Judgment is **GRANTED**, and this action is hereby **DISMISSED** as to both Defendants.

Martin Reidinger
United States District Judge